UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CIV-62091-JIC

GILBERT ANDUJAR, et al.,

          Plaintiffs,

v.

ALL COAST TRANSPORTERS, INC., et al.,

          Defendants.
_____/

**PARTIES' JOINT MOTION TO CONTINUE TRIAL
AND EXTEND PRE-TRIAL DEADLINES**

GILBERT ANDUJAR, et al., and ALL COAST TRANSPORTERS, INC., et al., (hereinafter "Parties"), by and through undersigned counsel, and pursuant to Local Rule 7.1, hereby file their motion to continue trial and extend pre-trial deadlines and state as follows:

1. Pursuant to the Court's *Order Setting Calendar Call, Trial Date, and Pretrial Deadlines; Order of Reference to United States Magistrate Judge for Pretrial Discovery Matters*, (DE 5) the trial in this matter is scheduled for the two-week calendar commencing July 29, 2013.

2. Furthermore, the discovery cutoff is May 3, 2013.

3. The parties, however, have not engaged in discovery because they are waiting for the Court to rule on defendants motions to dismiss and plaintiffs' motion for conditional class certification. The resolution of said motions will substantially effect the course of the litigation and the parties do not want to run up legal fees and costs without knowing what parties are defendants and how many plaintiffs are involved in the case.

4.     In light of the foregoing, the Parties respectfully request a continuance of the trial and extension of all pretrial deadlines.

5.     The Parties propose to continue the trial and extend all the pretrial deadlines as follows if the Court grants conditional class certification:

   a.   Deadline to complete discovery – 1 year if the court grants plaintiffs' motion for conditional class certification;

   b.   Deadline for the filing of dispositive pretrial motions and motions to exclude or limit expert testimony – 13 months after the court rules on plaintiffs' motion for conditional class certification;

   c.   Deadline to complete mediation – 13 months after the court rules on plaintiffs' motion for conditional class certification;

   d.   Deadline to file motions in limine – 14 months after the court rules on plaintiffs' motion for conditional class certification;

   e.   Deadline to file joint pretrial stipulation, and deposition designations for trial for unavailable witnesses – 15 months after the court rules on plaintiffs' motion for conditional class certification;

   f.   Deadline to file proposed jury instructions, voir dire questions, and objections to deposition designations and/or counter-designations – 15 months after the court rules on plaintiffs' motion for conditional class certification;

   g.   Deadline to submit witness and exhibit lists – 15 months after the court rules on plaintiffs' motion for conditional class certification;

   h.   Calendar Call – 16 months after the court rules on plaintiffs' motion for conditional class certification; and

   i.   Trial – 16 months and two weeks after the court rules on plaintiffs' motion for conditional class certification.

6.     The Parties propose to continue the trial and extend all the pretrial deadlines as follows if the Court does not grant conditional class certification:

      a.      Deadline to complete discovery – 6 months if the court grants plaintiffs' motion for conditional class certification;

      b.      Deadline for the filing of dispositive pretrial motions and motions to exclude or limit expert testimony – 7 months after the court rules on plaintiffs' motion for conditional class certification;

      c.      Deadline to complete mediation – 7 months after the court rules on plaintiffs' motion for conditional class certification;

      d.      Deadline to file motions in limine – 8 months after the court rules on plaintiffs' motion for conditional class certification;

      e.      Deadline to file joint pretrial stipulation, and deposition designations for trial for unavailable witnesses – 9 months after the court rules on plaintiffs' motion for conditional class certification;

      f.      Deadline to file proposed jury instructions, voir dire questions, and objections to deposition designations and/or counter-designations – 9 months after the court rules on plaintiffs' motion for conditional class certification;

      g.      Deadline to submit witness and exhibit lists – 9 months after the court rules on plaintiffs' motion for conditional class certification;

      h.      Calendar Call – 10 months after the court rules on plaintiffs' motion for conditional class certification; and

      i.      Trial – 10 months and two weeks after the court rules on plaintiffs' motion for conditional class certification.

7.      This motion is made in good faith and not for purposes of delay.

WHEREFORE, in light of the foregoing, the Parties respectfully request that this honorable Court grant their motion to continue trial and extend pre-trial deadlines.

Respectfully submitted this 3rd day of May, 2013.

| | |
|---|---|
| Shapiro, Blasi, Wasserman & Gora, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, Florida 33434<br>Telephone: (561) 477-7800<br>Facsimile:  (561) 477-7722<br><br>s/Daniel R. Levine<br>Daniel R. Levine, Esq.<br>Florida Bar No. 0057861<br>drlevine@sbwlawfirm.com<br>Robin I. Frank, Esq.<br>Florida Bar No. 0649619<br>rifrank@sbwlawfirm.com<br>Counsel for Plaintiffs | Ford & Harrison LLP<br>100 S.E. 2nd Street, Suite 2150<br>Miami, Florida 33131<br>Telephone: (305) 808-2100<br>Facsimile:  (305) 808-2101<br><br>s/Reynaldo Velazquez<br>Reynaldo Velazquez, Esq.<br>Florida Bar No. 069779<br>rvelazquez@fordharrison.com<br>Counsel for Defendants |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Reynaldo Velazquez

SERVICE LIST

Daniel R. Levine, Esq.
Robin I. Frank, Esq.
Shapiro Blasi Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone: (561) 477-7800
Facsimile:  (561) 477-7722
drlevine@sbwlawfirm.com
rifrank@sbwlawfirm.com
Attorneys for Plaintiffs

Miami:194628.1