UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-62091-JIC

GILBERT ANDUJAR, et al.,

    Plaintiffs,

v.

ALL COAST TRANSPORTERS, INC., et al.,

    Defendants.
_____/

**ORDER ON PARTIES' JOINT MOTION
TO CONTINUE TRIAL AND EXTEND PRE-TRIAL DEADLINES**

THIS CAUSE is before the Court upon *Parties' Joint Motion to Continue Trial and Extend Pretrial Deadlines*. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED as follows: The trial is continued and pretrial deadlines are extended as follows:

    a.    Deadline to complete discovery –

    b.    Deadline for the filing of dispositive pretrial motions and motions to exclude or limit expert testimony –

    c.    Deadline to complete mediation –

    d.    Deadline to file motions in limine -

    e.    Deadline to file responses to motions in limine, joint pretrial stipulation, and deposition designations for trial for unavailable witnesses –

    f.    Deadline to file proposed jury instructions, voir dire questions, and objections to deposition designations and/or counter designations –

    g.    Deadline to submit witness and exhibit lists -

Case No. 12-CV- 62091-JIC

    h.    Calendar Call  –

    i.    Trial –

DONE AND ORDERED, in Chambers, at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2013.

                                              _____
                                              JAMES I. COHN
                                              United States District Judge

cc:    All counsel of record

Miami:194635.1