UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-62091-COHN

GILBERT ANDUJAR, et al.,

    Plaintiffs,

vs.

ALL COAST TRANSPORTERS, INC., et al.,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiffs, GILBERT ANDUJAR, et al., and Defendants, ALL COAST TRANSPORTERS, INC., et al., (collectively, the "Parties"), by and through their undersigned counsel, hereby advise the Court that the Parties in the above-captioned case have reached a settlement in this matter.

    Dated: September 4, 2013.


FORDHARRISON LLP
Attorneys for Defendants
100 S.E. 2nd Street, Suite 2150
Miami, Florida 33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101

By: /s/ Reynaldo Velazquez
Reynaldo Velazquez
Florida Bar No. 069779
rvelazquez@fordharrison.com

BENNARDO LEVINE LLP
Attorneys for Plaintiffs
1860 NW Boca Raton Boulevard
Boca Raton, Florida 33432
Telephone: (561) 392-8074
Facsimile:  (561) 368-6478

By: /s/   Daniel R. Levine
Daniel R. Levine
Florida Bar No. 0057861
drlevine@bennardolevine.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Reynaldo Velazquez

SERVICE LIST

Daniel R. Levine, Esq.
Bennardo Levine LLP
1860 NW Boca Raton Blvd.
Boca Raton, Florida 33432
Telephone: (561) 392-8074
Facsimile:  (561) 368-6478
drlevine@BennardoLevine.com
Attorneys for Plaintiffs

(via CM/ECF)

Miami:197740.1