UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62091-CIV-COHN/SELTZER

GILBERT ANDUJAR, et al.,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

ALL COAST TRANSPORTERS,
INC., et al.,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [DE 106] ("Motion"). The Court has carefully reviewed the Motion, the Settlement Agreement [DE 107-1] that the parties have filed under seal, and the record in this case. The Court finds that the terms of the settlement are fair and reasonable and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [DE 106] is **GRANTED**;

2. The parties' Settlement Agreement is **APPROVED**, and the above-styled action is **DISMISSED WITH PREJUDICE**;

3. Except as provided in the Settlement Agreement, each party shall bear its own attorney's fees and costs;

4. The Court shall retain jurisdiction over this case for 30 days, only for purposes of enforcing the terms of the parties' Settlement Agreement; and

5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** all other pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 3rd day of October, 2013.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF